

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

ALEXANDRA CORSI
Senior Counsel
acorsi@law.nyc.gov
Phone: (212) 356-3545
Fax: (212) 356-3509

July 1, 2025

**By ECF & Fax**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10019
(f) 212-805-7942

**The status conference scheduled for July 11, 2025 is hereby adjourned to July 18, 2025, at 10:00 a.m. So ordered.**

**/s/ Alvin K. Hellerstein, U.S.D.J.**
**7/1/2025**

Re:   *Damien Jones as putative administrator of the estate of William Brown v. City of New York, et. al.*, 24 CV 9408 (AKH)

Your Honor:

   I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and attorney for defendant City of New York ("City"). With the consent of plaintiff's counsel, Katherine Rosenfeld, and co-defendant's counsel, John Burns, I write to respectfully request a brief adjournment of the July 11, 2025 telephone status conference to a date and time convenient for the Court after July 11, 2025. The reason for this request is that the undersigned has a personal conflict for the morning and early afternoon of July 11, 2025 and will be unavailable. To the extent the Court is inclined to grant the within request, and in an effort to assist the Court in rescheduling the conference, counsel for the parties have conferred and are available for a rescheduled conference the two Fridays that follow: July 18, 2025 and July 25, 2025.

   For the reasons set forth above, defendant City respectfully requests an adjournment of the July 11, 2025 telephone status conference to either July 18, 2025 or July 25, 2025. Thank you for your consideration of the instant application.

Respectfully submitted,

/s/ *Alexandra Corsi*
Alexandra Corsi
Senior Counsel

To: **VIA ECF**
Katherine Rosenfeld
*Attorney for Damien Jones*

John Burns
*Attorney for co-defendants Hercules and Deleon*