Case 1:24-cv-09408-AKH    Document 33    Filed 07/15/25    Page 1 of 2
Case 1:24-cv-09408-AKH    Document 32    Filed 07/15/25    Page 1 of 2

# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG
VASUDHA TALLA

ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
BIANCA HERLITZ-FERGUSON
LAURA S. KOKOTAILO
SONYA LEVITOVA
HAFSA S. MANSOOR
SANA MAYAT
VIVAKE PRASAD
MAX SELVER
MAGGIE TURNER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

July 15, 2025

[Handwritten note: The status conf. is adjourned from 7/18/25 to Oct. 3, 2025, 10:00 am. 7-15-25 /s/ A.K. Hellerstein]

*Via ECF and Fax*

Hon. Alvin K. Hellerstein
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10019
(f) 212-805-7942

    Re:    *Damien Jones as putative administrator of the estate of William Brown v. City of New York et al.* – 24-cv-09408

Dear Judge Hellerstein:

    This firm represents Plaintiff Damien Jones in the above-captioned case. We write to request an eight-week adjournment of the July 18, 2025 status conference to September 12, 2025 or any date thereafter convenient for the Court. Counsel for the City of New York, Alexandra Corsi, and counsel for Defendants Nikita Hercules and Irwin DeLeon, John Burns, consent to this request for an adjournment.

    As the Court is aware, this case was filed on behalf of Damien Jones as the putative administrator of William Brown's estate. Mr. Jones had filed a petition for letters of administration in the King's County Surrogate's Court prior to the commencement of this action but had not yet been appointed administrator of Mr. Brown's estate. The reason for this adjournment request is the ongoing proceedings in Kings County Surrogate's Court. Since the parties' last status conference before the Court on May 30, 2025, the Surrogate's Court has not yet appointed an administrator of William Brown's estate. However, Plaintiff's counsel has been diligently pursuing additional information about William Brown's family, per the Surrogate's Court's request, and we expect there to be additional action from the Surrogate's Court in the coming two months.

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

   Accordingly, counsel for Plaintiff requests an eight-week adjournment of the status conference currently set for July 18, 2025. At that time, we expect to be able to provide a more fulsome update to the Court as to the status of the Surrogate's Court proceedings. We thank the Court for its consideration of this request.[1]

              Sincerely,

              /s/
              Katherine Rosenfeld
              Laura S. Kokotailo

c.  All counsel of record, via ECF

---

[1] As per the Court's July 1, 2025 Order, Dkt. 30, the parties submit the attached amended joint case management plan.