

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**ALEXANDRA CORSI**
Senior Counsel
acorsi@law.nyc.gov
Phone: (212) 356-3545
Fax: (212) 356-3509

January 20, 2026

**The conference is hereby adjourned to February 20, 2026.  If a motion to dismiss is filed prior to that date than the conference shall be canceled, subject to reinstatement after the motion to dismiss is decided.  So ordered.**

**/s/ Alvin K. Hellerstein**
**U.S.D.J.**
**January 28, 2026**

**By ECF & Fax**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10019
(f) 212-805-7942

Re:    *Charlene Howell as temporary administrator of the estate of William Brown v. City of New York, et. al*., 24 CV 9408 (AKH)

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney assigned to defend the City of New York ("City").  For the reasons set forth below, Defendant City and Defendants Correction Officers Nikita Hercules and Irwin Deleon, who are represented by John Burns, jointly respectfully request that the Court: (1) endorse a February 27, 2026 deadline for all Defendants to move to dismiss the complaint; and (2) adjourn, *sin die*, the January 30, 2026 status conference.  Counsel for Charlene Howell, Katherine Rosenfeld, does not consent to these requests.

As Your Honor may recall, the instant matter involves the December 14, 2021 death of William Brown, who, at the time of his death, was in the custody of the New York City Department of Correction.  On December 10, 2024, Damien Jones filed this case as the putative administrator to the Estate of William Brown.  Mr. Jones was never appointed as administrator and on October 7, 2025, he withdrew his petition. Nine days later, on October 16, 2025, Charlene Howell filed a petition to be appointed administrator of the Brown Estate.

On October 3, 2025, all counsel appeared for a conference before Your Honor, during which counsel for Mr. Jones at that time, represented that a different purported relative of Mr. Brown was planning to file a petition to be appointed administrator of the estate.  The City accordingly informed the Court that should the complaint be amended to substitute someone else as administrator of the estate, a motion to dismiss may be appropriate.  As a result, Your Honor

directed counsel to resolve the issue of the administrator by January 9, 2026, and also scheduled a conference for January 16, 2026, during which time Your Honor specifically indicated a discussion regarding motions on the pleadings or a deadline to answer would be set, if appropriate.  On November 26, 2025, an Amended Complaint was filed by Charlene Howell the new temporary administrator of the Estate of William Brown.[1]

Now that an Amended Complaint has been filed, it is Defendants' intention to file motions to dismiss the Amended Complaint, and we believe that a conference to discuss same is not necessary. To that end, it is Defendants' position that the filing of the Amended Complaint was not timely, substitution of Ms. Howell as Plaintiff is not appropriate, and accordingly, there is a jurisdictional issue which subjects the Amended Complaint to dismissal.  Defendants have researched the issue and are of the opinion that the theory upon which Plaintiff intends to proceed—relation back—is not viable. As such, Defendants respectfully request the Court's endorsement of a February 27, 2026 deadline to file their motions to dismiss and an adjournment of the January 30, 2026 conference *sin die.*

For the reasons set forth above, Defendants respectfully request: (1) the Court's endorsement of a February 27, 2026 deadline for Defendants to file their motions to dismiss; and (2) an adjournment, *sine die*, of the January 30, 2026 conference. Thank you for your consideration of the instant application.

Respectfully submitted,

/s/ *Alexandra Corsi*
Alexandra Corsi
Senior Counsel

To:    **VIA ECF**
Katherine Rosenfeld
*Attorney for Damien Jones*

---

[1] Upon information and belief, nearly 10 days *after* Mr. Jones withdrew his petition for administration of Mr. Brown's Estate, Ms. Howell filed a petition for appointment of administration of Mr. Brown's Estate. During that 9-day period, there was no petition for appointment as administrator for the Brown Estate pending in Surrogate's Court.