UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHARLENE HOWELL,

Plaintiff,

-against-

CITY OF NEW YORK, et al.,

Defendants.
----------------------------------------------------------------X

24-CV-9408 (AKH)

**ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

This case has been referred to the undersigned for settlement. ECF No. 59. A pre-settlement conference in this matter is hereby scheduled for **Monday, November 23, 2026, at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code 306203492#.**

**SO ORDERED.**

DATED: New York, New York
October 21, 2026

VALERIE FIGUEREDO
United States Magistrate Judge